**Tyrone HURT, Plaintiff–Appellant,**

v.

**SUPERIOR COURT, Defendant–Appellee.**

**No. 15–1592.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 15, 2015.

Decided: Oct. 2, 2015.

Tyrone Hurt, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurt v. Superior Court*, No. 5:15–cv–00192–BO (E.D.N.C. May 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*